| | |
|---|---|
| 1 | RICHARD K. GROSBOLL, Bar No. 99729 |
| | BENJAMIN K. LUNCH, State Bar No. 246015 |
| 2 | CHLOE QUAIL, Bar No. 262797 |
| | NEYHART, ANDERSON, FLYNN & GROSBOLL |
| 3 | 369 Pine Street, Suite 800 |
| | San Francisco, CA  94104-6702 |
| 4 | TEL:  (415) 677-9440 |
| | FAX: (415) 677-9445 |

Attorneys for Plaintiff

BRENDAN DOLAN, Bar No.126732
KASOWITZ BENSON TORRES & FRIEDMAN LLP
Friedman LLP
101 California St
San Francisco, CA 94111
TEL:  (415) 655-4342

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; et al., | Case No.  C-11-3063 JCS |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| INSTALLATION OF DATA AND TELECOMMUNICATIONS, | Date:            October 5, 2012 |
| | Time:           10:00 a.m. |
| Defendant. | Location:      450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| | Judge:         Hon. Joseph C. Spero |

The parties stipulate and request that the Case Management Conference currently set for

October 5, 2012 at 10:00 a.m. before the Honorable Joseph Spero be continued to November 16,

2012.  A settlement conference is currently scheduled for October 16, 2012 and as such a case management conference may not be needed if the case settles.

IT IS SO STIPULATED.

                                            Respectfully Submitted,

Dated:  October 2, 2012         NEYHART, ANDERSON, FLYNN & GROSBOLL

                                            By:  ____/s/ Benjamin Lunch_____
                                                      Benjamin Lunch
                                                        Attorney for Plaintiffs

Dated:  October 2, 2012         KASOWITZ, BENSON, TORREST & FRIEDMAN LLP

                                            By:  ___/s/ Brendan Dolan_____
                                                       Brendan Dolan
                                                        Attorney for Defendant

                                               [~~PROPOSED~~] ORDER

     Pursuant to the Parties' stipulation, the Case Management Conference currently set for October 5, 2012 at 10:00 a.m. will be continued to  November 16  , 2012, at 1:30 PM.

IT IS SO ORDERED.

Dated:  October  3 , 2012

                                            U.S. DISTRICT JUDGE / Judge Joseph C. Spero