RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445

Attorneys for Plaintiff

BRENDAN DOLAN, Bar No.126732
KASOWITZ BENSON TORRES & FRIEDMAN LLP
Friedman LLP
101 California St
San Francisco, CA 94111
TEL:  (415) 655-4342

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> INSTALLATION OF DATA AND TELECOMMUNICATIONS, <br><br> Defendant. | Case No.  C-11-3063 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:          October 5, 2012 <br> Time:         10:00 a.m. <br> Location:    450 Golden Gate Avenue <br>                    San Francisco, CA 94102 <br> Judge:        Hon. Joseph C. Spero |

The parties stipulate and request that the Case Management Conference currently set for

October 5, 2012 at 10:00 a.m. before the Honorable Joseph Spero be continued to November 16,

2012.  A settlement conference is currently scheduled for October 16, 2012 and as such a case management conference may not be needed if the case settles.

IT IS SO STIPULATED.

                                      Respectfully Submitted,

Dated: October 2, 2012          NEYHART, ANDERSON, FLYNN & GROSBOLL

                                  By: _____/s/ Benjamin Lunch_____
                                          Benjamin Lunch
                                          Attorney for Plaintiffs

Dated: October 2, 2012          KASOWITZ, BENSON, TORREST & FRIEDMAN LLP

                                          By: ____/s/ Brendan Dolan_____
                                          Brendan Dolan
                                          Attorney for Defendant

                                              [~~PROPOSED~~] ORDER

    Pursuant to the Parties' stipulation, the Case Management Conference currently set for October 5, 2012 at 10:00 a.m. will be continued to __November 16____, 2012, at 1:30 PM.

IT IS SO ORDERED.

Dated: October _3_, 2012                      _____
                                         U.S. DISTRICT JUDGE MAG

(Signed: Judge Joseph C. Spero)