RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> INSTALLATION OF DATA AND TELECOMMUNICATIONS, . <br><br> Defendant. | Case No.  C-11-3063 JCS <br><br> **JOINT STIPULATION RE: CONTINUANTION OF CASE MANAGEMENT CONFERENCE** <br><br> Location:    450 Golden Gate Ave <br>                       San Francisco, CA 94102 <br> Judge:  Hon. Joseph C. Spero |

1  The parties by and through their counsel, stipulate as set forth below and request that the
2  Court enter an order consistent with the stipulation.

3  The parties have been engaged for several weeks in settlement discussions and have had a
4  number of sessions with Magistrate Judge Nandor Vadas. The parties have exchanged settlement
5  proposals and believe that they have reached a settlement in principal, and are in the process of
6  finalizing settlement language. They have another session scheduled with Judge Vadas on
7  December 18, 2012 in the event that they have not by that date been able to finalize the settlement
8  papers.

9  The parties request that the Case Management Conference currently set for December 7,
10  2012 be continued to January 18, 2013. ~~2012.~~

13  Dated: December 5, 2012                     Respectfully submitted,

14                                              NEYHART, ANDERSON,
15                                              FLYNN & GROSBOLL

16                                              By:   /s/ Benjamin K. Lunch
                                                      Benjamin K. Lunch
17                                              Attorneys for Plaintiffs

19                                              KASOWITZ BENSON TORRES &
                                                FRIEDMAN LLP
20
21                                              By:   /s/Brendan Dolan
                                                      Brendan Dolan
22                                              Attorneys for Defendant INSTALLATION OF
                                                DATA AND TELECOMMUNICATIONS, INC.

24  Dated: 12/6/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA