**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7   INTERNATIONAL BROTHERHOOD            No. C 11-03063 JCS
    ELECTRICAL,
8
                                         **ORDER OF DISMISSAL**
9              Plaintiff(s),

10        v.

11  INSTALLATION OF DATA,

12             Defendant(s).
    _____/
13

14        The Court  having been advised that the parties have agreed to a settlement of this case,

15        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

16  provided, however, that if any party hereto shall certify to this Court, within forty-five (45) days,

17  with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said

18  settlement has not been delivered over,  the foregoing Order shall stand vacated and this case shall

19  forthwith be restored to the calendar to be set for trial.

20        IT IS SO ORDERED.

21

22  Dated: December 19, 2012                    _____

23                                              JOSEPH C. SPERO
                                                United States Magistrate Judge
24

25

26

27

28