Richard K. Grosboll, State Bar No. 99729
Benjamin K. Lunch, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email:  blunch@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>INSTALLATION OF DATA AND TELECOMMUNICATIONS,<br><br>Defendant. | Case No.   C-11-03063 JCS<br><br>**ORDER OF CONTINGENT DISMISSAL**<br><br>Judge:      Hon. Joseph C. Spero |

[~~PROPOSED~~] ORDER:

The parties hereto have agreed to a settlement of this action. IT IS HEREBY ORDERED that this action is dismissed with prejudice, provided, however, that if any party hereto shall certify to this Court, with proof of service of copy thereon on the opposing party or its counsel that there has been a lack of compliance with the settlement agreement, the foregoing Order shall vacated by this Court and this action shall forthwith be restored to the calendar.

IT IS SO ORDERED.

Dated: 03/04/13

*Judge Joseph C. Spero*
United States District Court, Northern District of California